AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 16cv02391-CAB-WVG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   Yahoo! Inc., a Delaware corporation
was received by me on   October 10, 2016

☐ I personally served the First Amended Complaint Summons in Civil Action; First Amended Complaint; Civil Cover Sheet; on the individual at  818 West Seventh Street, Suite 930 , Los Angeles, CA 90017 on

☐ I left the First Amended Complaint Summons in Civil Action; First Amended Complaint; Civil Cover Sheet; at the individual's residence or usual place of abode with   .a person of suitable age and discretion who resides there, on *(date)*  . and mailed a copy to the individual's last known address; or

☑ I served the First Amended Complaint Summons in Civil Action; First Amended Complaint; Civil Cover Sheet; to Gladys Aguilera c/o CT Corporation, who is designated by law to accept service of process on behalf of **Yahoo! Inc., a Delaware corporation** on October 10, 2016  3:00 PM

☐ I returned the First Amended Complaint Summons in Civil Action; First Amended Complaint; Civil Cover Sheet; unexecuted because;

other *(specify):*

My fees are $ .00 for travel and $ 79.00 for services, for a total of $ 79.00

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

**Jeffrey Lopez**
Printed name and title

Contracted by
110 West C. St, Suite 1211,
San Diego, CA 92101
(619) 232-7500
Server's Address

AO440-ESQ12573